# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Rosalind Brown, on behalf of herself and all
others similarly situated,

                                      Plaintiffs,

                                                                 Civ. No. 09-2413 (RHK/FLN)
                                                                 **ORDER**

v.

Ameriprise Financial Services, Inc., f/k/a
American Express Financial Advisors, Inc.,


                                       Defendant.

---

      This matter is before the Court *sua sponte*. Defendant has filed a Motion to Dismiss Certain Claims and a Motion for Partial Summary Judgment in this matter, which are scheduled to be heard on April 13, 2010. Having reviewed the parties' Motion papers, the Court has concluded that oral argument will not materially assist its resolution of the Motions. Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS ORDERED** that the April 13, 2010 hearing on Defendant's Motions is **CANCELED**. The Motions are deemed submitted on the written record as of the date of filing Defendant's Reply briefs, February 23, 2010.

Dated: March 30, 2010                                        s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                 United States District Judge