UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rosalind Brown,<br>   on behalf of herself and all<br>   others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>Ameriprise Financial Services, Inc.,<br>f/k/a/ American Express Financial<br>Advisors, Inc.,<br><br>                Defendant. | Civil File No. 09-CV-2413 (RHK/FLN)<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 30, 2010, I filed the following document electronically with the Clerk of Court, through the Court's electronic filing system:

    Defendant Ameriprise Financial Services, Inc.'s Answer to Plaintiff's Complaint

The Court's ECF system will automatically serve an electronic notice of filing to the following registered users of ECF:

- **Susan Anderson McKay**
  mckaylaw@charter.net

| | |
|---|---|
| Dated:  April 30, 2010 | DORSEY & WHITNEY LLP<br><br><br>By  <u>s/Zeb Curtin</u><br>      Edward B. Magarian #0208796<br>      Melissa Raphan #0182795<br>      Michael Iwan # 028628X<br>      Zeb Curtin #0352640<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone:  (612) 340-2600<br><br>Attorneys for Defendant<br>Ameriprise Financial Services, Inc. |