# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rosalind Brown, on behalf of herself and
all others similarly situated,

Plaintiffs,

Civ. No. 09-2413 (RHK/FLN)
**ORDER**

v.

Ameriprise Financial Services, Inc., f/k/a
American Express Financial Advisors, Inc.,

Defendant.

This matter is before the Court *sua sponte*. **IT IS ORDERED** that the hearing on Defendant's Motion for Summary Judgment (Doc. No. 99), currently scheduled for August 31, 2011, before the undersigned, is **CONTINUED** *sine die.* The Court will advise the parties by subsequent Order if it intends to hear argument on the Motion. It is further **ORDERED** that the parties shall continue briefing the Motion as if the hearing date remained August 31, 2011, pursuant to Local Rule 7.1(b).

Date: July 21, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge