AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Rosalind Brown, on behalf of herself and
all others similarly situated,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  09-cv-2413 RHK/FLN

Ameriprise Financial Services, Inc., f/k/a
American Express Financial Advisors, Inc.,

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's Objections (Doc. No. 140) to Magistrate Judge Noel's August 3, 2011 Report and Recommendation are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 119) is **ADOPTED IN PART**. In particular, the Report and Recommendation is adopted to the extent it finds that Rule 11 sanctions are warranted due to Plaintiff's extensive copying from the Coca-Cola Complaint; and
3. Defendant's Motion for Rule 11 Sanctions (Doc. No. 48) is **GRANTED IN PART**, and Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

|  September 7, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)           Katie Thompson   Deputy Clerk |